**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| | ) |
| | ) |
| DEBORAH KNIGHT, | ) |
| | ) Docket No. 2:19-CV-02461 |
| Plaintiff, | ) |
| | ) Judge Surrick |
| v. | ) |
| | ) |
| PUBLIC PARTNERSHIPS LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**RULE 7.1 DISCLOSURE STATEMENT**
**OF DEFENDANT PUBLIC PARTNERSHIPS LLC**

Pursuant to Fed. R. Civ. P. 7.1, the nongovernmental entity Public Partnerships LLC[1]

does not have any parent corporation and any publicly traded corporation owning 10% or more

of its stock.

PUBLIC PARTNERSHIPS LLC

By its attorneys,

Dated: November 1, 2019

*/s/ Lindsey C. Kennedy*
Walter M. Foster (*admitted pro hac vice*) (MA 552917)
Eckert Seamans Cherin & Mellott, LLC
2 International Place, #1600
Boston, MA 02110
617.342.6853
wfoster@eckertseamans.com

Lindsey Conrad Kennedy (PA 318318)
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower, 600 Grant Street, 44th Floor
Pittsburgh, PA 15219
412.566.2105
lkennedy@eckertseamans.com

---

[1] The caption of Plaintiff's Complaint improperly lists three addresses for the same defendant party. Pursuant to Fed. R. Civ. P. 10(a) the caption above denotes the parties to this lawsuit.

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| DEBORAH KNIGHT, | ) ) ) ) Docket No. 2:19-CV-02461 |
| Plaintiff, | ) |
| | ) Judge Surrick |
| v. | ) |
| | ) |
| PUBLIC PARTNERSHIPS LLC, | ) |
| | ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 1, 2019, I electronically filed the foregoing documents using the CM/ECF system and that I served the same by electronic filing via ECF, pursuant to the administrative procedures of the United States District Court for the Eastern District of Pennsylvania governing the filing and service by electronic means, upon all counsel of record as follows:

Marc A. Weinberg
Saffren and Weinberg
825 Greenwood Avenue
Suite 22
Jenkintown, PA 19046
mweinberg@saffwein.com


*/s/ Lindsey C. Kennedy*
Lindsey C.  Kennedy

2