### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH KNIGHT | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 19-2461 |
| PUBLIC PARTNERSHIPS, LLC | : | |

## ORDER

**AND NOW**, this 7th day of July 2020, upon consideration of Defendant Public Partnerships, LLC's Motion to Dismiss (ECF No. 32), Plaintiff Deborah Knight's response thereto (ECF No. 33), and Public Partnerships' reply (ECF No. 34), it is **ORDERED**, consistent with the accompanying Memorandum, that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**