IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH KNIGHT : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-2461 |
| PUBLIC PARTNERSHIPS, LLC : | |

**O R D E R**

**AND NOW**, on this 7th day of October 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 51), Plaintiff's response thereto (ECF No. 55), Defendant's Reply (ECF No. 56), and after an oral argument held on August 25, 2021, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**